FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2018 MAY 24 PM 4:16

DISTRICT OF UTAH
DEPUTY CLERK

**Fill in this information to identify your case:**

Debtor 1 _____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 103B

# Application to Have the Chapter 7 Filing Fee Waived                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
*Your family* includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

Check all that apply:
☒ You
☐ Your spouse
☐ Your dependents   _____
How many dependents?

1
Total number of people

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

**Your family's average monthly net income**

That person's average monthly net income (take-home pay)

You ................... $ 1741.12

Your spouse .... + $ _____

Subtotal............ $ _____

− $ _____

Total.................. $ 1741.12

**3. Do you receive non-cash governmental assistance?**
☒ No
☐ Yes. Describe............

Type of assistance

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☐ No
☒ Yes. Explain. ............

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

I am recovering from a brain injury, PTSD, and it has caused a lot of expenses. I have lost half my income after having to go on leave due to my employers fail to accomodate after going through domestic violence

4

Debtor 1 _____     Case number *(if known)* _____

First Name   Middle Name   Last Name

## Part 2:   Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**

Include amounts paid by any government assistance that you      $_____
reported on line 2.

If you have already filled out *Schedule J, Your Expenses,* copy
line 22 from that form.

7. **Do these expenses cover anyone**
**who is not included in your family**        ☐ No
**as reported in line 1?**              ☐ Yes. Identify who........  [                          ]

8. **Does anyone other than you**
**regularly pay any of these**         ☐ No
**expenses?**
                          ☐ Yes. How much do you regularly receive as contributions? $_____ monthly
If you have already filled out
*Schedule I: Your Income,* copy the
total from line 11.

9. **Do you expect your average**           ☐ No
**monthly expenses to increase or**      ☒ Yes. Explain.............  I am currently going through
**decrease by more than 10% during**          a lawsuit against my employer
**the next 6 months?**              I may receive a settlement or

## Part 3:   Tell the Court About Your Property       they may lay me off as I'm coming up
                                       on 2 years of disability

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

10. **How much cash do you have?**
*Examples:* Money you have in
your wallet, in your home, and on    Cash:    $ 74
hand when you file this application

11. **Bank accounts and other deposits**        Institution name:                    Amount:
**of money?**

*Examples:* Checking, savings,      Checking account:   Meta                    $ ~846
money market, or other financial
accounts; certificates of deposit;   Savings account:    _____   $_____
shares in banks, credit unions,
brokerage houses, and other       Other financial accounts: _____  $_____
similar institutions. If you have
more than one account with the     Other financial accounts: _____  $_____
same institution, list each. Do not
include 401(k) and IRA accounts.

12. **Your home?** (if you own it outright or
are purchasing it)            Number    Street              Current value:  $_____

*Examples:* House, condominium,    _____   Amount you owe
manufactured home, or mobile home   City       State    ZIP Code .   on mortgage and   $_____
                                         liens:

13. **Other real estate?**          _____   Current value:  $_____
                    Number    Street              Amount you owe
                    _____   on mortgage and  $_____
                    City       State    ZIP Code   liens:

14. **The vehicles you own?**     Make:  Kia
                    Model:  Optima              Current value:  $ 4500
*Examples:* Cars, vans, trucks,
sports utility vehicles, motorcycles,  Year:  2012
tractors, boats            Mileage 102000         Amount you owe  $ 9500
                                       on liens:

                    Make:  _____
                    Model:  _____      Current value:  $_____
                    Year:  _____
                    Mileage _____      Amount you owe  $_____
                                       on liens:

---

Debtor 1 _Melody   Lee  Zoller_    Case number (if known) _____
First Name    Middle Name    Last Name

**15. Other assets?**

Do not include household items and clothing.

Describe the other assets:

Current value: $_____

Amount you owe on liens: $_____

**16. Money or property due you?**

*Examples*: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery

Who owes you the money or property?

_Case 2:18-CV-00133_

How much is owed?

$_Pending_

$_____

Do you believe you will likely receive payment in the next 180 days?

☐ No

☒ Yes. Explain:

_I have a pending disability discrimination case against my employer I may or may not recieve ~~only~~ a payment as I do not know the outcome or when the case will be concluded._

---

| **Part 4:** | **Answer These Additional Questions** |
|---|---|

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☒ No

☐ Yes. Whom did you pay? *Check all that apply:*

☐ An attorney

☐ A bankruptcy petition preparer, paralegal, or typing service

☐ Someone else _____

How much did you pay?

$_____

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

☒ No

☐ Yes. Whom do you expect to pay? *Check all that apply:*

☐ An attorney

☐ A bankruptcy petition preparer, paralegal, or typing service

☐ Someone else _____

How much do you expect to pay?

$_____

**19. Has anyone paid someone on your behalf for services for this case?**

☒ No

☐ Yes. Who was paid on your behalf? *Check all that apply:*

☐ An attorney

☐ A bankruptcy petition preparer, paralegal, or typing service

☐ Someone else _____

Who paid? *Check all that apply:*

☐ Parent
☐ Brother or sister
☐ Friend
☐ Pastor or clergy
☐ Someone else _____

How much did someone else pay?

$_____

**20. Have you filed for bankruptcy within the last 8 years?**

☐ No

☒ Yes. District _Utah_    When _11/7/2016_    Case number _16-28929_
MM/ DD/ YYYY

District _____    When _____    Case number _____
MM/ DD/ YYYY

District _____    When _____    Case number _____
MM/ DD/ YYYY

---

| **Part 5:** | **Sign Below** |
|---|---|

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information provided in this application is true and correct.

✗ _____
Signature of Debtor 1

Date _05/24/2018_
MM / DD /YYYY

✗ _____
Signature of Debtor 2

Date _____
MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: _Melody   Zoller_____   Case No.: _____
                        Debtor(s)                                        (If known)

### DISTRICT OF UTAH ADDENDUM TO
### THE APPLICATION FOR WAIVER OF THE
### CHAPTER 7 FILING FEE

1. Please supply your email address, if applicable _Melody.Zoller@outlook.com_

2. Are you collecting unemployment, or expect to in the next 2–3 months? Yes ☒ No ☐
   If so, how much? _____

3. If you are in arrears with mortgage payments or rent, when was the last payment made? ___ / ___
                                                                                                   Mo.   Yr.

4. Are you reaffirming any debts? Yes ☒ No ☐
   If yes, please describe property: _____ Vehicle Kia Optima 2012_

5. If you have listed dependents, are you receiving child support? Yes ☐ No ☒
   If yes, how much? _____ per month

6. If any dependents listed are over 18, are they employed and do they contribute to family expenses?
   Yes ☐ No ☒

7. Please list who is assisting you with present expenses:

   Name: _____

   Relationship to you? _____
   Does this person live at the same address listed on your bankruptcy? Yes ☐ No ☐

8. If employed, please attach Pay Advices for the past 60 days to this addendum.

**I (WE) DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE ADDENDUM
HAS BEEN COMPLETED TRUTHFULLY AND THAT THE FOREGOING INFORMATION
IS TRUE AND CORRECT.**

Executed on: _05/24/2018_                    _____
                     Date                                        Signature of Debtor

Executed on: _____                    _____
                     Date                                        Signature of Debtor